1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | | |
|---|---|---|
| FRANCISCO MERINO, | ) | No. C 11-6310 RMW (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR DE LA CERDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

17
18
19

The court has dismissed the instant civil rights complaint for failure to exhaust administrative remedies. A judgment of dismissal is entered. The clerk shall close the file.

20

IT IS SO ORDERED.

21

DATED: 32|44|35

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

22
23
24
25
26
27
28

Judgment
G:\PRO-SE\RMW\CR.11\Merino310jud2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO MERINO,

        Plaintiff,

  v.

VICTOR DE LA CERDA, et al.,

        Defendant.

Case Number: CV11-06310 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Merino AI4722  
Salinas Valley State Prison  
SVPP-DMH, D6-123  
PO Box 1050  
Soledad, CA 93960

Dated: October 23, 2013

        Richard W. Wieking, Clerk  
        By: Jackie Lynn Garcia, Deputy Clerk